UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALBERT TERRILL JONES

v.                                                     Case No.  8:06-cv-851-T-24-EAJ
                                                                 8:02-cr-122-T-24-EAJ

UNITED STATES OF AMERICA

_____/


**<u>ORDER</u>**

    This cause comes before the Court on Petitioner's Motion for Miscellaneous Relief (Doc.

28).  For the following reasons, Petitioner's motion is DENIED.

    Petitioner, Albert Terrill Jones, filed a motion to vacate, set aside, or correct an allegedly

unlawful sentence pursuant to 28 U.S.C. § 2255 on May 5, 2006 (Doc. 1), which the Court

denied (Doc. 4).  Jones then filed a motion to reconsider his § 2255 motion (Doc. 6), which the

Court denied (Doc. 7).  On July 10, 2006, Jones filed a notice of appeal (Doc. 8) to the Eleventh

Circuit as to both orders (Docs. 4, 7), and he filed an amended notice of appeal on July 26, 2006

(Doc. 13).  The Eleventh Circuit dismissed the appeal and denied certificates of appealability on

September 19, 2006 and November 13, 2006 (Docs. 15, 16).  Jones filed a motion for relief from

judgment on December 6, 2007 (Doc. 17), which the Court denied (Doc. 18).  Jones again

appealed to the Eleventh Circuit (Doc. 19), and the Eleventh Circuit again dismissed the appeal

and denied a certificate of appealability on April 11, 2008 (Doc. 25).

    In his latest motion (Doc. 28), Jones has requested adjudication on the merits and

resolution of all claims presented in his original § 2255 motion (Doc. 1).  He cites <u>Clisby v.

Jones</u>, 960 F.2d 925 (11th Cir. 1992), for the proposition that all claims for relief raised in a

petition for habeas corpus must be resolved on the merits regardless of whether habeas relief is

ultimately granted or denied. (Doc. 28 at 2.) Jones' motion must be denied both on procedural grounds and on substantive grounds. Procedurally, this motion is inappropriate because it is untimely. Jones is essentially asking the Court to reconsider the merits of his § 2255 motion almost four years after both this Court and the appellate court ruled against him. Moreover, as <u>Clisby</u> was decided in 1992, Jones could have raised this argument in 2006 before both this Court and the Eleventh Circuit. Substantively, this motion is inappropriate because there is no prejudice here—the Court <u>did</u> address each of Jones' claims in its 2006 order (Doc. 4). As such, Jones' motion is inappropriate both procedurally and substantively.

Accordingly, it is ORDERED AND ADJUDGED that Jones' Motion for Miscellaneous Relief (Doc. 28) is DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of May, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record